**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Gail D. Frieburger<br>           Debtor, | Chapter: 13<br>Case No: 18–41187<br>Judge Christopher J. Panos |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above was entered on 9/19/2019 .

Date:10/4/19                                                                By the Court,

<u>David Corchado</u>
Deputy Clerk
508–770–8905

44